# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LORENZO HERNANDEZ,

    Plaintiff,

vs.                                       2:18-cv-00547 KRS/GBW

DEMING HOSPITAL CORPORATION d/b/a MIMBRES
MEMORIAL HOSPITAL, EMERGENCY STAFFING
SOLUTIONS, INC., DR. GEORGE WILLIAMS, in his
individual capacity, ATLAS MEDSTAFF, LLC, SETH KEITEL, RN,
in his individual capacity, JOHN/JANE DOE NURSES 1-5, in
his/her individual capacity, BOARD OF COMMISSIONERS
OF LUNA COUNTY, OFFICERS ALVIN BENCOMO, in his
individual capacity, DANIEL ACOSTA in his individual
capacity, and PAUL SANCHEZ, in his individual capacity,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Parties' Joint Motion to Dismiss claims against Defendants Board of Commissioners of Luna County, Officers Alvin Bencomo, Daniel Acosta and Paul Sanchez with prejudice the Court having reviewed its file and being otherwise sufficiently advised, FINDS that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that all of Plaintiff's claims against the Defendants Board of Commissioners of Luna County, Officers Alvin Bencomo, Daniel Acosta and Paul Sanchez in this case be, and hereby are, DISMISSED WITH PREJUDICE with each party to bear their own attorney fees and costs related to the litigation of this matter.

                                                              KEVIN R. SWEAZEA
                                                               UNITED STATES MAGISTRATE JUDGE

Respectfully submitted:

HOLT MYNATT MARTÍNEZ P.C.

      /s/ Damian L. Martínez
DAMIAN L. MARTÍNEZ
New Mexico Bar No.: 14678
BENJAMIN J. YOUNG
New Mexico Bar No.: 144702
Post Office Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
*Attorneys for Defendant Zachary L. Adams*
dlm@hmm-law.com
bjy@hmm-law.com

and

LAW OFFICE OF FRANCES CROCKETT, LLC

      *Approved via email 2-8-2019*
FRANCES C. CARPENTER
925 Luna Cir NW
Albuquerque, NM 87102-1948
505-314-8884
*Attorney for Plaintiff*
frances@francescrockettlaw.com