IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LORENZO HERNANDEZ,

    Plaintiff,

v.                                                No. 2:18-CV-00547-KRS-GBW

DEMING HOSPITAL CORPORATION d/b/a MIMBRES
MEMORIAL HOSPITAL, EMERGENCY STAFFING
SOLUTIONS, INC., DR. GEORGE WILLIAMS in his
individual capacity, ATLAS MEDSTAFF, LLC, SETH
KEITEL, RN in his individual capacity, JOHN/JANE DOE
NURSES 1-5, in his/her individual capacity, BOARD OF
COMMISSIONERS OF LUNA COUNTY, OFFICERS
ALVIN BENCOMO in his individual capacity, DANIEL
ACOSTA in his individual capacity, PAUL SANCHEZ in his
individual capacity,

_____

DEMING HOSPITAL CORPORATION d/b/a
MIMBRES MEMORIAL HOSPITAL,

    Third-Party Plaintiff,

v.

EMERGENCY STAFFING SOLUTIONS, INC., and
ATLAS MEDSTAFF, LLC,

    Third-Party Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THE COURT, having before it Plaintiff Lorenzo Hernandez and Defendants Deming Hospital Corporation d/b/a Mimbres, Memorial Hospital, Emergency Staffing Solutions, Inc., Dr. George Williams, Atlas Medstaff, LLC, and Seth Keitel, RN's Joint Motion to Dismiss with Prejudice, FINDS that the Motion is well taken.

IT IS THEREFORE ORDERED that Plaintiff's Complaint (and all subsequent

Complaints), as well as all of Defendant Memorial Medical Hospital's Counterclaims and Crossclaims, are hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: _____
    Valerie Reighard Denton
    Jose R. Blanton
    Taylor C. Zangara
    Post Office Box 1888
    Albuquerque, NM 87102
    Telephone: (505) 765-5900
    Facsimile: (505) 768-7395
    Email: vdenton@rodey.com
          jblanton@rodey.com
          tzangara@rodey.com
    *Attorneys for Defendants Atlas MedStaff, L.L.C., and Seth Keitel, RN*

APPROVED BY:

*Electronically Approved by Frances Crockett Carpenter on April 15, 2019*
Frances Crockett Carpenter
Law Office of Frances Crockett
925 Luna Circle NW
Albuquerque, NM 87102
505-314-8884
Fax: 505-835-5658
Email: frances@francescrockettlaw.com

*Electronically Approved by Rebecca Kenny on April 15, 2019*
William C Madison
Rebecca Kenny
Paul Cash
Madison Mroz Steinman & Dekleva, PA
201 3rd St. NW, Suite 1600
Albuquerque, NM 87102
505-242-2177
Fax: 505-242-7184


*Electronically Approved by Bill Wilson on April 15, 2019*
Chad J. Castille
Germer PLLC
America Tower,
2929 Allen Parkway,
Suite 2900
Houston, Texas 77019
Email: ccastille@germer.com